**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Brad**<br>First name<br><br>_____<br>Middle name<br><br>**Pitt**<br>Last name and Suffix (Sr., Jr., II, III) | **Angelina**<br>First name<br><br>_____<br>Middle name<br><br>**Jolie**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** |  | **xxx-xx-2222** |

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

■ I have not used any business name or EINs.

Business name(s)

EIN

---

**5.** **Where you live**

**8605 Santa Monica Blvd**
**Los Angeles, CA 90069-4109**
Number, Street, City, State & ZIP Code

**Harris**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**8605 Santa Monica Blvd**
**Los Angeles, CA 90069-4109**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

**9999 Bellaire Blvd**
**Houston, TX 77036-3579**
Number, Street, City, State & ZIP Code

**Harris**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

**9999 Bellaire Blvd**
**Houston, TX 77036-3579**
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Pitt, Brad & Jolie, Angelina** | Case number *(if known)* |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1
Debtor 2  **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a** *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number *(if known)* _____

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Brad Pitt** | **/s/ Angelina Jolie** |
|---|---|
| **Brad Pitt** | **Angelina Jolie** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **May 27, 2021** | Executed on   **May 27, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Stewart Lin**                                    Date   **May 27, 2021**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Stewart Lin**
Printed name

**Lin & Valdez, LLP**
Firm name

**9999 Bellaire Blvd Ste 360**
**Houston, TX 77036-3579**
Number, Street, City, State & ZIP Code

Contact phone                                   Email address

**24003452**
Bar number & State

---

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 7

NO. 2018-23878

| | | |
|---|---|---|
| RUI SONG, INDIVIDUALLY AND ACTING IN THE RIGHT OF GLOBAL RADIANCE INC. AS A SHAREHOLDER | § § § § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | 152nd JUDICIAL DISTRICT |
| MING LIANG and | § | |
| XIAO GRACE LIANG | § | |
| | § | |
| Defendants | § | OF HARRIS COUNTY, TEXAS |

## APPENDIX TO
## PLAINTIFF'S RESPONSE TO
## MING LIANG'S MOTION FOR PARTIAL SUMMARY JUDGMENT

### TABLE OF CONTENTS

All summary judgment evidence in this appendix as well as those items previously attached in prior responses are incorporated by reference into Plaintiff's Response to Ming Liang's Motion for Partial Summary Judgment.

**I.   Affidavits**

> Supplement Affidavit of RUI SONG.                    **Exhibit A**

**II.   Discovery**

> **1.   Deposition Excerpts.**
> True and correct copies of excerpts from the transcript of the deposition of MING LIANG along with the deposition exhibits taken on 28 September 2018, with an affidavit of Alfred R. Valdez.                    **Exhibit B**

**III.   Affidavit of Alfred R. Valdez as to true and accurate copies of documents attached hereto.**                    **Exhibit C**

3

English | Español



# U.S. Consulate
### Ciudad Juarez, Mexico

Please follow the steps below before your immigrant visa interview at the U.S. Consulate in Ciudad Juarez, Mexico.

## Step 1: Register your appointment online

You need to register your appointment online. Registering your appointment provides us with the information we need to return your passport and visa package to you via DHL after your interview. Registration is free. As part of the registration process, you will be required to schedule an appointment at one of our Applicant Service Centers to take photos and have your fingerprints taken. This must occur before your visa interview at the consulate.

**Register**

## Step 2: Get a medical examination in Mexico

As soon as you receive your appointment date, you must schedule a medical examination in Mexico. Click the "Medical examination" button below for a list of authorized medical clinics in Mexico. Please schedule and attend a medical examination with one of these clinics before your interview.

**Medical examination**

## Step 3: Complete your pre-interview checklist

It is important that you bring all required original documents to your interview. We've created a checklist that will tell you what to bring. Please print the checklist below and bring it to your interview along with the listed documents.

**Pre-interview checklist**

## Step 4: Review interview guidelines

Read our interview guidelines to learn about any special actions that you need to take *before* your visa interview.

**Interview guidelines**

---

### Contact information

Consulate General of the United States
Paseo de la victoria # 3650
Ciudad Juarez, Chih. 32543
Mexico

☎ Phone:
[Applicant Service Center](#)

✉ Email:
[Applicant Service Center](#)

🖱 Website:
[mx.usembassy.gov](#)

⊠ Cancel and Reschedule:
[Applicant Service Center](#)

🌐 Map:



### Other links

- [Diversity Visa instructions](#)
- [After your interview](#)
- [Frequently asked questions](#)

### Social media

  

### Interview Preparation Video



Updated August 1, 2017



# Medical examination instructions

All immigrant visa applicants, regardless of age, require a medical examination prior to the issuance of a visa. Only a physician accredited by the U.S. Consulate can perform this examination. It is your responsibility to schedule a medical examination with one of the clinics listed below before your visa interview appointment at the U.S. Consulate. Medical examination results from other physicians will not be accepted.

### Authorized panel physicians in Mexico

**CLINICA MEDICA INTERNACIONAL**
Ave. Ramon Rivera Lara # 9020
Fracc. Las Lunas
CD. Juarez, Chih.,
Mexico C.P. 32543
Tel:  (011-52-656) 227-2800
Toll-free from the U.S.:
1-844-624-9447
Llamada gratuita de México:
01 800 801-8585
Fax: (011-52-656) 227-2808
Website:
www.clinicamedicainternacional.com.mx/

**SERVICIOS MEDICOS DE LA FRONTERA**
Prol. Ramon Rivera Lara #8950
Col. Partido Senecu
CD. Juarez, Chih., Mexico C.P. 32540
Tel:  (011-52-656) 688-2700
Toll-free from the U.S.:
1-844-847-5340
Llamada gratuita de México:
01 800 201-8472
Fax:  (011-52-656) 688-2701
Website:  www.smf.com.mx

**MEDICOS ESPECIALIZADOS INTERNACIONALES**
Hamburgo 206, Interior 204, 2nd Floor,
Colonia Juárez, Delegación Cuauhtémoc,
Mexico City 06600
Tel: (55) 2624-0630 or
(55) 5207-3794 ext. 101
Website:  www.mei-mexico.com

Please note: Visa applicants who live in the State of Mexico and Mexico City must have their medical examination at Medicos Especializados Internacionales in Mexico City. All other visa applicants can complete their medical examination at any of the three authorized clinics listed above.

## Items to bring to your medical examination

You should bring the following items to your medical examination:

- Your visa interview appointment letter
- Your passport
- A photocopy of your immunization records
- If you suffer from chronic illness, have been treated for venereal disease or are under psychiatric care, please bring your current medical file with you to the medical examination.

You must pay all medical examination fees, including x-ray and blood test fees, directly to the examining physician. The examination fee for applicants age 15 years and older is USD $220.00.  The fee for applicants age 14 years and younger is USD $135.00. A 16% tax will be added to these fees. Cash and credit card (Visa or MasterCard) are the only forms of payment accepted.  Any required vaccines or DNA testing will be charged separately.

Please attend a medical examination at least two (2) days before your visa interview appointment if you are age 15 years or older.  If you are between ages 2 and 14 years, you should attend an examination at least four (4) business days before your visa interview. You may visit either clinic in Ciudad Juarez between 6:00 a.m. and 11:00 a.m. Monday through Friday; no appointment is necessary. For visa applicants who live in the State of Mexico and Mexico City, you can make an appointment by phone from 9:00 a.m. to 1:30 p.m. and from 2:30 p.m. to 4:30 p.m.  The medical clinic in Mexico City accepts appointments from 7:30 a.m. to noon Monday through Friday.

⇩ Continued on next page ⇩

Return to top

# Medical examination instructions



## During the medical examination

The medical examination will include a medical history review, physical examination, chest X-ray, urine and blood tests (for applicants 15 years of age or older). The United States also requires tuberculosis (TB) testing for all applicants two years of age and older.  Please be prepared to discuss your medical history, medications you are taking, and current treatments you are undergoing. More information on general medical requirements for U.S. immigrants is available here.

U.S. immigration law requires immigrant visa applicants to obtain certain vaccinations prior to the issuance of a visa. Current immigrant visa vaccination requirements are available here. You can also read Frequently Asked Questions about our medical examination requirements online.

## After the medical examination

When your examination is completed, the doctor will provide you with examination results in a sealed envelope. **DO NOT OPEN THIS ENVELOPE**. Instead, bring it to your visa interview.

Any x-rays taken will be delivered to you on a compact disc (CD). You DO NOT need to bring the x-rays to the visa interview unless you suffer from tuberculosis (TB). However, you must take the x-rays with you when you travel to the United States for the first time. The medical examination must be valid for less than 6 months upon entering the United States.

Return to top

## Pre-interview checklist ☑

**Please use the list below to determine the items that _every_ applicant must bring to the immigrant visa interview:**

- ☐ A photocopy of your interview letter from National Visa Center (NVC) (does not apply to Diversity Visa, fiancé(e), adoptive, or asylee/refugee applicants).

- ☐ Unexpired passport, valid for six (6) months beyond your intended date of entry to the United States and a photocopy of the biographic page (where your name and photo are located).

- ☐ Two (2) color passport-size photographs of each person applying for a visa (5 cm x 5 cm, or 2 inch x 2 inch).  Please review our online photo requirements.

- ☐ Confirmation page from the Form DS-260 Application for an Immigrant Visa you submitted online at ceac.state.gov/iv.

- ☐ Your original and photocopy of civil documents including birth certificate, marriage certificate (if applicable) along with the marriage termination certificates or death certificates for any previous marriages.

- ☐ Medical examination results in a sealed envelope.

**Applicants who fall into any category listed in italics below should bring these additional documents:**

_For family-based visa applications:_

- ☐ The appropriate Form I-864 Affidavit of Support for each financial sponsor along with a photocopy of the sponsor's IRS transcript or most recent U.S. federal income tax return, and any relevant W-2s.

- ☐ Proof of your U.S. petitioner's legal status, and domicile in the United States (photocopy of both sides of the Lawful Permanent Resident card I-551, Certificate of Naturalization, or U.S. passport).

- ☐ Evidence of the relationship between the petitioner and visa applicant (such as photographs, letters, or emails).

- ☐ _If you are married_:  Your original and photocopy of marriage certificate.

- ☐ _If you were previously married_:  Your original and a photocopy of certificate that proves the termination of the previous marriage (divorce or death of the previous spouse).

- ☐ _If you are 16 years of age or older_:  The **original** police certificate from your country of current residence and countries of previous residence.  Police records from Mexico are only available to individuals 18 years of age and older. Applicants who lived in Mexico for six months or more since the age of 18 are required to obtain a state police record (Carta or Certificado de No Antecedentes) from the State Police (Fiscalía General del Estado).  If the state record is unavailable, you must submit a federal police record (Carta de No Antecedentes Penales) from the Dirección General de Ejecución de Sanciones, Comisión Nacional de Seguridad. Please view information online on how to apply for these documents.

If you lived in any other country besides Mexico and the United States for 12 months or more since age 16, you must submit a police certificate from that country. You can find information on when a certificate is required on our website.

If you answer affirmatively to the following three questions, you must bring a new or more recent police certificate to the interview:

1. You are older than 16 years;
2. You obtained a police certificate and submitted it to NVC more than one year ago; and
3. You still live in the country that issued the police certificate.

↓ Continued on next page ↓

Return to top

## Pre-interview checklist ☑



☐ *For employment-based visa applications*:  Letter from your U.S. employer dated less than one month ago.

☐ *If you have ever been convicted of a crime*:  Original and photocopy of court and criminal records, with English translation.

☐ *If you have served in any country's military*:  Original and photocopy of military records, with English translation.

☐ *If you are adopted*:  Original and photocopy of adoption documents or custody documents, with English translation.

☐ *If you are the petitioner's stepchild*:  Original and photocopy of petitioner's marriage certificate with the biological parent; and original and photocopy of the marriage termination certificates of the previous marriages of either parent.

**NOTE:  You must bring translations into English of any civil documents that are written in a language other than English or Spanish.**

**Return to top**



## Interview Guidelines

### Sending documents to the U.S. Consulate in Ciudad Juarez

If you need to send us any documents, please DO NOT mail them to us. Instead, visit ais.usvisa-info.com and ask for information on courier services.

### Rescheduling or cancelling your interview

If you cannot attend your appointment, please go to mexico.usvisa-info.com for instructions on scheduling a new appointment date. There may be a significant wait before the next available appointment. For preference visa categories, visa availability is based on the month that the appointment has been scheduled, so we recommend that you attend your original appointment. DV applicants should be aware that visas are numerically limited and must be issued by September 30 of the program year. There is no guarantee that a visa will still be available on the date of your rescheduled interview. Please carefully consult the Visa Bulletin before you request to reschedule your interview. **NOTE:** You need to register your original NVC appointment online before you can reschedule it. Rescheduling is only possible on a date after your assigned appointment.

### Security screening procedures and arrival at the consulate

All visitors to the U.S. Consulate must follow certain security procedures. Any visitor who declines to be screened by U.S. Consulate security personnel will be unable to enter the consulate. Please read our list of prohibited items before your appointment. To avoid delaying your entry and that of those in line behind you, please bring only what is required for your interview. The consulate does not provide lockers or storage for personal items. If you leave items in your car, be sure to put them in the trunk and lock your car; do not leave any personal items in view in the passenger compartment.

On the day of your visa interview, do not arrive at the consulate more than 30 minutes before your appointment. Your place in line does not depend on when you arrived.

**Notice for your protection:**  Since there have been frequent assaults and robberies near the consulate and the clinics where the medical examinations are conducted, we recommend the following to prevent this happening to you:

1.  Do not talk to strangers on the street.
2.  On the day of your appointment, do not go to the consulate before 6:00 a.m.  It does not open until 6:30 a.m.
3.  Carry the least amount of money possible in cash.
4.  Do not allow random individuals in the street to give you advice or review your documents. All visa applications are reviewed and processed by consular staff inside the consulate on the day of your interview.
    If you have any questions about obtaining a visa, the consulate has an information window open Monday-Friday from  7:30 a.m. – 1:00 p.m. No appointment is necessary and the applications and information are free.
5.  Report any attempted robbery or assault to the consulate staff.

### Immigrant visa fees

If you have not paid all required fees to either the National Visa Center or via the appointment website, please be prepared to pay these fees on the day of your interview. All fees for visa services are collected ONLY inside the medical clinics or inside the consulate. Neither the medical clinics nor the consulate staff will collect fees outside – **all fees must be paid at the cashier inside the clinics or consulate.** For accurate information about your visa case, consulate staff is available to answer your questions at the information windows. If you need to pay a fee on the day of your visa appointment, you must pay in U.S. dollars or Mexican pesos. We accept cash and credit or debit cards. If you are found ineligible to receive a visa, the application fee cannot be refunded. A complete list of fees can be found here.

⇓ Continued on next page ⇓

Return to top



# Interview Guidelines

## Accompanying persons

Only the following persons may accompany a visa applicant to their interview:

- Interpreter:  Applicants may bring one interpreter if they do not speak English or Spanish well enough to participate in an interview.
- Special needs visitors:  Applicants may bring ONE person to help if they are elderly, disabled, or a minor child (if you are accompanying a child to the interview, please bring a government issued photo ID).
- Minor children:
  - **Any adult who accompanies a minor to a visa interview must possess a legal relationship to the minor** and provide official government photo identification (such as your credencial para votar/tarjeta de elector issued by the Instituto Nacional Electoral – formerly the Instituto Federal Electoral, Mexican Passport or Driver's License).
  - **If the accompanying adult does not have a legal relationship to the applicant,** in addition to providing official government identification she or he must provide a notarized and signed affidavit from the minor's parent or legal guardian/custodian authorizing him or her to act as the minor's proxy.

Attorneys are not permitted to accompany clients into the consulate's waiting room nor to their interview. Anyone not listed above who accompanies a visa applicant to the consulate will need to wait outside the consulate and meet the applicant after his/her interview.

Dress appropriately for the interview and for the weather. Some of the consulate's waiting area is outside the building. You will not be allowed to bring in food or drink.  Snacks and beverages are available for sale in the waiting area.

## Do not make travel plans outside of Mexico

A consular officer can make a decision on a visa application only after reviewing the formal application and interviewing the applicant. There is no guarantee that you will receive a visa. Do not sell your house, car or property, resign from your job or make non-refundable flight or other travel arrangements until you have received your immigrant visa.

If your visa is approved, we will keep your passport at the consulate while we prepare your immigration packet and print a visa for your passport. We will return your passport and complete visa packet to you by DHL courier at a later date (see Step 1). If you have to travel within Mexico while your passport is still with us, please make sure you have a valid picture ID other than your passport.

## If more information is needed

Sometimes a consular officer is unable to make a decision on a visa application because he/she needs to review additional documents or the case requires further administrative processing. When additional documents are requested, the consular officer will give you a refusal letter that asks you to submit additional documents. The letter will include instructions on how to send those documents to the consulate.

Administrative processing takes additional time after the interview. Most administrative processing is resolved within 60 days. However, the timing varies based on the circumstances of each case. Before inquiring about the status of administrative processing, please wait at least 60 days after your interview.

Return to top



# After Your Interview

## What happens after your visa is approved

**Passport, visa, and sealed immigrant packet** – We will place your immigrant visa on a page in your passport. Please review your visa to make sure there are no spelling errors. We will also give you a sealed envelope containing documents that you must give to U.S. immigration authorities when you arrive in the United States for the first time. **Do not open this envelope.** You must carry it with you. Do not put it in your checked luggage. If during your medical examination you received a compact disc (CD) containing your chest X-rays, please keep your records for future medical references.

**USCIS Immigrant Fee** – All individuals who are issued immigrant visas overseas must pay an **Immigrant Fee** to United States Citizenship and Immigration Services (USCIS) prior to traveling to the United States. This fee is for processing your residency status and printing your Permanent Resident Card. The only people exempt from paying this fee are children entering the United States under the Hague Process, returning residents, and people traveling on a fiancé(e) (K) visa.

**When you should travel** – You must enter the United States before the expiration date on your visa, which is usually six (6) months from the date of printing. Your visa cannot be extended and all fees are nonrefundable. The principal applicant must enter before or at the same time as other family members with visas. Unless they are eligible for benefits under the Child Status Protection Act, children who are issued a visa before turning 21 years of age must enter the United States before their 21st birthday to avoid losing their immigrant status.

**Getting a Green Card** – Your Form I-551 Permanent Resident Card, also known as a green card, will be automatically mailed to the address in the United States that you write in your visa application form (form DS-260). This document proves you have permission to reside in the United States. *If you plan to travel outside the U.S. before your green card arrives:* Please consult the U.S. Citizenship and Immigration Services (USCIS) and U.S. Customs and Border Protection (CBP) websites for rules about what documents you need to re-enter the country. We also recommend you check with the airline to ensure you are in compliance with their rules. *Once your card is issued, you should not stay outside of the United States for more than one year. If you do, you will lose your status as a Lawful Permanent Resident.*

**Children's issues** – In the United States, children are required to have certain vaccinations before they can enroll in school. We recommend that you bring your child's complete vaccination records with you to the United States. If your child is adopted, you have full custody as a result of a divorce, or you share custody with another parent, you should bring a photocopy of all applicable adoption or custody documents from the authoritative court in your home country. You will need these papers translated into English, for issues such as school enrollment, medical care, and eventual citizenship. If you are accompanying a child to the interview, please bring a government issued photo ID.

**Information for new immigrants** – Please visit the United States Citizenship and Immigration Services (USCIS) web page for helpful information on moving to the United States. You can read their publication: "Welcome to the United States: A Guide for New Immigrants" online.

Return to top



# Diversity Visa Applicants – Additional Information

If you are applying for a Diversity Visa (DV), most of the above instructions apply to you. Please gather the required documents and attend a medical examination prior to your visa interview. Your photo and fingerprints will be taken at the consulate on the date of your interview, and the visa package will be delivered to the consulate.

*Below are additional instructions that apply only to DV applicants.*

## Bring to your interview

In addition to the documents listed on the Pre-interview checklist in this package, DV applicants should also bring the following items to your visa interview:

☐ Appointment information printed from the "Entrant Status Check" on the E-DV website.

☐ Documents showing that you have either a qualifying high school education or two (2) years of qualifying work experience in the five (5) years immediately prior to application (for the principal applicant only; more information is available online).

☐ Diversity Visa Application Fee for each visa applicant.

## Review your DV Lottery entry

Prior to your visa interview, we recommend that you review the data on your initial E-DV entry. On your initial E-DV application, you must have correctly entered your marital status. If you are legally married you must have listed your spouse, even if you are currently separated from him/her (unless your spouse is a U.S. citizen or Lawful Permanent Resident).

Additionally, you must have listed ALL of your living children who are unmarried and under 21 years old. This includes your natural children, your spouse's children, or children you have formally adopted in accordance with the laws of your country.

**Failure to have listed an existing spouse or children at the time of your entry in the Diversity Visa lottery will result in the denial of your visa and visas for your family.** Any fees paid to the U.S. government in support of your visa application(s) are nonrefundable. If you failed to include a child who had already been born, or a spouse to whom you were married when you entered the lottery, you should not proceed with the visa application. You can review the eligibility requirements online.

**Return to top**



# Consulado General de los Estados Unidos
**Ciudad Juarez, México**

Por favor siga las instrucciones que se indican a continuación antes de acudir a su entrevista de visa de inmigrante en el Consulado Americano en Ciudad Juarez, México.

## Paso 1: Registre su cita en línea

Debe registrar su cita en línea. El registro de su cita nos proporciona la información necesaria para devolverle su pasaporte y paquete de la visa por mensajería DHL después de su entrevista. El registro es gratuito. Como parte del proceso de registro, se le pedirá que programe una cita en uno de nuestros Centros de Atención a Solicitantes para tomar fotos y huellas. Esto debe ocurrir antes de su entrevista en el consulado.

**Registrar**

## Paso 2: Realizarse un examen médico en México

Tan pronto como reciba su cita, deberá realizarse un examen médico en México. Haga clic en el botón "Instrucciones para examen médico" a continuación para obtener una lista de las clínicas médicas autorizadas en México. Por favor programe y asista a un examen médico con una de estas clínicas antes de su entrevista.

**Instrucciones para examen médico**

## Paso 3: Revise y complete la lista de verificación previa a la entrevista

Es importante que usted lleve todos los documentos originales requeridos a su entrevista. Hemos creado una lista que le informara sobre lo que debe llevar. Por favor, imprima la lista de verificación a continuación y llévela a su entrevista junto con los documentos mencionados.

**Lisata previa a entrevista**

## Paso 4: Revise los lineamientos de la entrevista

Lea con atención los lineamientos que deben seguirse en la entrevista por si fuera necesario tomar alguna acción especial en su caso antes de la entrevista.

**Guía de entrevista**

---

### Contacto

Consulado General de los Estados Unidos
Paseo de la victoria # 3650,
Ciudad Juarez, Chih. 32543
Mexico

☎ Teléfono:
Centro de Atención a Solicitantes

🖅 Correo electrónico:
Centro de Atención a Solicitantes

🖰 Página web:
mx.usembassy.gov

⊠ Cancelar o reprogramar citas:
Centro de Atención a Solicitantes

💲 Mapa:



### Otros links:

- Instrucciones de visa Diversity
- Despues de su entrevista
- Preguntas frecuentes

### Redes Sociales

  

### Video de preparación de la entrevista





# Instrucciones para el examen médico

Todos los solicitantes, independientemente de su edad, deben realizarse un examen médico previo a la entrevista de residencia. Solo los médicos acreditados por el consulado pueden efectuar este examen. Es su responsabilidad agendar una cita médica con alguna de las clínicas indicadas a continuación antes de que asista a su entrevista de visa de inmigrante en el consulado de los Estados Unidos. Resultados de otras clínicas no serán aceptados.

### Clínicas autorizadas en México

**CLINICA MEDICA INTERNACIONAL**
Ave. Ramón Rivera Lara # 9020
Fracc. Las Lunas
CD. Juarez, Chih.,
Mexico C.P. 32543
Tel:  (011-52-656) 227-2800
Toll-free from the U.S.:
1-844-624-9447
Llamada gratuita de México:
01 800 801-8585
Fax:  (011-52-656) 227-2808
Website:
www.clinicamedicainternacional.com.mx/

**SERVICIOS MEDICOS DE LA FRONTERA**
Prol. Ramón Rivera Lara #8950
Col. Partido Senecu
CD. Juarez, Chih., Mexico C.P. 32540
Tel:  (011-52-656) 688-2700
Toll-free from the U.S.:
1-844-847-5340
Llamada gratuita de México:
01 800 201-8472
Fax:  (011-52-656) 688-2701
Website:  www.smf.com.mx

**MEDICOS ESPECIALIZADOS INTERNACIONALES**
Hamburgo 206, Interior 204, 2nd Piso,
Colonia Juárez,
Delegación Cuauhtémoc,
Mexico City 06600
Tel: (55) 2624-0630 o
(55) 5207-3794 ext. 101
Website:
www.mei-mexico.com

ATENCIÓN: Los solicitantes de visas que residan en el Estado de México y Ciudad de Mexico deberán  realizarse el examen médico en Médicos Especializados Internacionales localizado en la Ciudad de México. Todos los demás solicitantes de visa pueden completar su examen médico en cualquier de las tres clínicas autorizadas.

### Requisitos para el examen médico

Usted debe llevar los siguientes documentos a su cita médica:

- La carta de cita para entrevista de visa de inmigrante
- Su pasaporte
- Una copia de su registro de vacunas
- Si sufre de una enfermedad crónica, ha sido tratado por alguna enfermedad venérea  o se encuentra bajo tratamiento psiquiátrico, por favor traiga su expediente médico actual con usted al examen médico.

Debe pagar todos los honorarios de exámenes médicos, incluyendo los gastos de  las radiografías y exámenes de sangre, directamente en la clinica. El costo del examen médico para solicitantes de 15 años o más es de $220.00 dólares americanos. El costo para solicitantes de 14 años y menores es de $135.00 dólares americanos. Se agregará un impuesto de 16%  a este costo. Los pagos solo pueden realizarse por medio de efectivo o tarjeta de crédito o débito (Visa o MasterCard). Cualquier vacuna o prueba de ADN requerida se cobrará por separado.

Favor de asistir a la clínica por lo menos dos días antes de su entrevista de residencia si tiene 15 años o más. Si el solicitante tiene entre 2 y 14 años de edad, deberá asistir a su cita para el examen médico 4 días hábiles antes de su cita programada en el Consulado. Usted puede visitar cualquiera de las clínicas en Ciudad Juarez entre las 06: 00 a.m. a las 11:00 a.m. de lunes a viernes, no es requisito indispensable agendar un cita. Para los solicitantes que vivan en la Ciudad de México o el Estado de México pueden agendar una cita por teléfono entre las 9:00 a.m. a la 1:30 p.m. y de 2:30 p.m. a las 4:30 p.m. La clínica médica en Ciudad de México acepta citas de 7:30 am a 12:00 pm de lunes a viernes.



↓ Continúa en la siguiente página ↓

# Instrucciones para el examen médico



## Durante el examen medico

El examen médico incluirá una revisión del historial clínico, examen físico, una radiografía de tórax, análisis de sangre y orina (para solicitantes de 15 años o mayores). Los Estados Unidos también requiere que todos los solicitantes de 2 años o mayores se realicen una prueba de Tuberculosis (TB). Por favor esté preparado para discutir su historial clínico, medicamentos que este tomando y estado actual de sus tratamientos. Para más información respecto a requisitos médicos para inmigrantes a los Estado Unidos dar clic aquí.

La ley de inmigración estadounidense requiere que los solicitantes de visa de inmigrante obtengan ciertas vacunas antes de la emisión de una visa.  Los requisitos actuales de vacunación para solicitantes de visas de inmigrantes se encuentran en el siguiente enlace. También puede leer las preguntas frecuentes sobre nuestros requisitos de exámenes médicos en línea.

## Después del examen medico

Cuando el examen médico haya sido completado, el médico le entregara sus resultados en un sobre sellado. **NO ABRA EL SOBRE**. Debe llevarlo sellado a su entrevista consular.

Cualquier radiografía tomada en la clínica se le entregara en un disco compacto (CD). No necesita llevar las radiografías a la entrevista a menos que sufra tuberculosis (TB). Sin embargo, debe llevar las radiografías con usted cuando viaje a los Estados Unidos por primera vez. El examen médico deberá tener una validez de menos de 6 meses al momento de entrar a los Estados Unidos.

**Regresar al inicio**



## Lisata previa a entrevista ☑

**Favor de usar la siguiente lista para determinar los documentos que cada solicitante debe llevar a la entrevista de visa de inmigrante:**

☐ Una copia de su cita para entrevista del Centro Nacional de Visas (NVC), (esto no aplica en caso de visas de diversidad, visa de prometido, de adopción, asilo político o visa de refugiado).

☐ Pasaporte vigente con validez de por lo menos 6 meses después de la fecha en que intenta emigrar a los Estados Unidos, y una copia de la página donde aparece la información biográfica (donde se encuentra el nombre y la fotografía).

☐ Dos fotografías a color, tamaño pasaporte, de cada solicitante (5 cm x 5 cm, o 2 pulgadas x 2 pulgadas). Favor de verificar en línea nuestros requisitos para las fotografías.

☐ Hoja de confirmación de que el solicitante completó su aplicación para visa de inmigrante (formato DS-260) en línea a través de ceac.state.gov/iv.

☐ Sus documentos civiles originales y copias incluyendo actas de nacimiento, de matrimonio (si corresponde) junto con el acta original que pruebe la terminación del matrimonio anterior (divorcio o fallecimiento del cónyuge anterior).

☐ Los resultados del examen médico en sobre sellado (cuando así lo indique la clínica).

**Solicitantes que se encuentren dentro de alguna de las categorías enlistadas a continuación, deberán de llevar los siguientes documentos:**

*Para visas por relación familiar:*

☐ La Carta de Sostenimiento I-864 Affidavit of Support, por cada uno de los patrocinadores financieros, copia de la declaración anual de impuestos más reciente y de la forma W-2.

☐ Prueba del estatus legal actual del peticionario (copia del pasaporte, acta de nacimiento en Estados Unidos, certificado de naturalización o copia por ambos lados de la tarjeta de residencia I-551) y un domicilio en los Estados Unidos.

☐ Evidencia de la relación entre el peticionario y el solicitante de la visa (fotografías, cartas, correo, etc.).

☐ *Si está casado*: acta de matrimonio original, con copia.

☐ *Si estuvo casado anteriormente*: acta original y copia que pruebe la terminación del matrimonio anterior (divorcio o fallecimiento del cónyuge anterior).

☐ *Si es mayor de 15 años*: La carta de policía del país de residencia actual y países de residencia anterior. Las cartas de policía en México están disponibles para personas de 18 años de edad o mayores. Los solicitantes que hayan vivido en Mexico por seis meses o más desde que cumplieron los 18 años se les requiere que obtengan una carta o certificado de no antecedentes expedido por la Fiscalía General del Estado. Si no estuviera disponible, deberá presentar un expediente policial federal de no antecedentes penales de la Dirección General de Ejecución de Sanciones, Comisión Nacional de Seguridad. Para más información de cómo tramitar estos documentos de clic en el siguiente enlace.

Si usted vivió en otro país además de Mexico y los Estados Unidos por más de 12 meses después de haber cumplido los 16 años debe llevar la carta de policía de ese país. Puede encontrar información al respecto de cuando es requerido un certificado en nuestra página.

⇓ Continúa en la siguiente página ⇓

**Regresar al inicio**

## Lisata previa a entrevista ☑



Si contesta afirmativamente a las siguientes tres preguntas, usted deberá llevar una nueva carta de antecedentes penales a su entrevista:

1. Si es mayor de 16 años;
2. Si obtuvo una carta de policía que haya enviado al NVC hace más de un año; y
3. Si usted todavía vive en el país que emitió la carta de antecedentes penales.

Si contesto afirmativamente las tres preguntas usted debe llevar una carta de antecedentes penales a su entrevista.

☐ *Para visas de Trabajo*: Carta del empleador en los Estados Unidos con vigencia de un mes.

☐ *Si alguna vez ha sido acusado de un crimen*: Original y copia de documentos de la corte y registros criminales con su traducción al inglés.

☐ *Si alguna vez ha servido a la Milicia de algún país*: Original y copia de los registros militares con su traducción al inglés.

☐ *Si es adoptado*: Original y copia de los documentos de la adopción o documentos de custodia con su traducción al inglés.

☐ *Si es el hijastro del peticionario*: Original y copia del acta de matrimonio del peticionario(a) con la madre/padre biológico (a); y original y copia de los certificados de terminación del matrimonio previo de cualquiera de los padres.

**NOTA: Deberá traer sus documentos civiles traducidos al inglés,
si se encuentran escritos en otro idioma que no sea inglés o español.**

Regresar al inicio

# Guía de entrevista



## Envío de documentos al Consulado de los Estados Unidos en Ciudad Juárez

Si necesita enviar documentos, favor de NO nos los envíe directamente. En cambio visite ais.usvisa-info.com y solicite información sobre los servicios de mensajería.

## Reprogramar o cancelar su entrevista

Si no puede asistir a su entrevista, por favor ingrese a mexico.usvisa-info.com y siga las instrucciones para programar una nueva cita de entrevista. Puede haber una espera significativa antes de que pueda obtener otra cita disponible. En las visas de preferencia familiar y de empleo, los números de visa son asignados dentro del mes que la cita ha sido programada, así que le recomendamos asistir a su cita fijada. Las visas de diversidad (DV) se encuentran numéricamente limitadas y deben ser expedidas antes del 30 septiembre del año en curso; así que no hay ninguna garantía de que la disponibilidad de la visa siga vigente para cuando el solicitante desee reprogramar su entrevista. Favor de consultar cuidadosamente el boletín de visas antes de solicitar la reprogramación de su cita para entrevista.

**ATENCION:** Necesita registrar su cita del NVC en línea antes de poder reprogramarla. La reprogramación de una cita para entrevista solo puede realizarse en fecha posterior a la primera fecha asignada.

## Procedimientos de seguridad, revisión y arribo al Consulado

Todas las personas que visiten el Consulado Americano deberán seguir ciertos procedimientos de seguridad. Cualquier visitante que reúse ser revisado por un oficial de seguridad del consulado se le negará la entrada. Por favor lea nuestra lista de objetos prohibidos antes de su cita. Para impedir el retraso en su entrada y la de los demás, favor de llevar solo lo requerido para la entrevista. El consulado no provee de casilleros o lugares de almacenaje para objetos personales. Si deja sus objetos personales en su automóvil, cerciórese de cerrarlo bien y no dejar nada a la vista. En el día de la entrevista, no llegue más de 30 minutos antes del horario de su cita consular. Su lugar en la fila no determinará el orden en que será entrevistado.

**Aviso para su protección:** Debido a que han ocurrido frecuentes asaltos y robos cerca del consulado y las clínicas donde se realizan los exámenes médicos, recomendamos lo siguiente para evitar que esto le suceda:
1. No hable con extraños en la calle.
2. El día de su cita, no asista al Consulado antes de las 6:00 a.m., el Consulado abre hasta las 6:30 a.m.
3. Traer solo la cantidad necesaria de dinero en efectivo.
4. No muestre sus documentos a cualquier persona que se ofrezca a ponerlos en orden, revisarlos o llenarlos, el personal consular dentro del consulado lo hará durante su entrevista el día de su cita. Si tiene alguna pregunta sobre la obtención de su visa, hágala al personal de la ventanilla de información localizada en la entrada del consulado, en horario de lunes a viernes de 7:30 am a 1:00 pm, la información y las solicitudes son gratuitas.
5. Reporte cualquier intento de robo o asalto al personal del consulado.

## No realice planes de viaje fuera de Mexico

Un oficial consular solo puede tomar una decision sobre su aplicación despues de revisar formalmente la informacion y entrevistar al aplicante. No hay garantia de que reciba la visa. No venda su casa, automóvil o propiedades, tampoco renuncie a su trabajo o haga reservaciones de vuelos sin rembolso u otros arreglos de viaje hasta que no haya recibido su visa. Si su visa es aprobada, mantendremos su pasaporte en el consulado mientras preparamos su paquete migratorio e imprimimos su visa. Le devolveremos su pasaporte y su paquete de visa por mensajería DHL en fecha posterior (Paso 1). Si tiene que viajar dentro de México mientras su pasaporte está con nosotros, cerciórese de tener otra identificación con fotografía válida.

⇓ Continúa en la siguiente página ⇓

Regresar al inicio



# Guía de entrevista

## Acompañantes

Solo las siguientes personas pueden acompañar a un solicitante en su cita para entrevista:

- Intérprete: El solicitante puede ingresar con un intérprete si no domina el español o el inglés como para interactuar en una entrevista.
- Solicitantes con necesidades especiales: Los solicitantes pueden traer a una persona que les ayude si son adultos mayores, discapacitados, o niños menores de edad (si acompaña a un niño a la entrevista, por favor traiga una identificación con foto emitida por el gobierno).
- Niños menores de edad:
  - **Cualquier adulto que acompañe a un menor de edad a su entrevista de visa de residencia debe poseer una relación legal ante el menor** y proporcionar una identificación oficial con fotografía que facilite la verificación de la relación entre el acompañante y el menor (tal como su credencial para votar/tarjeta de elector de expedida por el Instituto Nacional Electoral – anteriormente conocido como el Instituto Federal Electoral, pasaporte mexicano o licencia para conducir).
  - **Si el adulto que acompaña al menor no posee una relación legal ante el menor, el acompañante deberá** presentar, en adición a una identificación oficial con fotografía, una declaración notariada y firmada por uno de los padres o el guardián/custodio legal del menor autorizándole al acompañante el fungir como el apoderado del menor.

Los abogados no están autorizados a acompañar a los clientes a la sala de espera del consulado o a la entrevista. Cualquier acompañante que no figure en la lista anterior deberá esperar afuera del consulado a que concluya la entrevista del solicitante.

Deberá vestirse apropiadamente para su entrevista considerando las situaciones climáticas, parte del área de espera del consulado está afuera del edificio. No se le permitirá ingresar comida o bebida. Encontrará alimentos disponibles para la venta dentro de la sala de espera.

## Tarifa de la visa de inmigrante

Si usted no realizo el pago de su entrevista en el Centro Nacional de Visas o a través de la página web, por favor esté preparado para realizar el pago el día de su entrevista, cualquier pago por servicios o trámites consulares se deberá realizar dentro de las instalaciones de las clínicas o del consulado. Ni las clínicas, ni el personal del consulado pueden cobrar algún pago fuera de las instalaciones de las instituciones oficiales – **los trámites o servicios solo podrán pagarse en los cajeros dentro de las clínicas y del consulado**. Para información actualizada y correcta respecto a su caso, el personal del consulado está disponible para responder a sus dudas en las ventanillas de información. Si debe realizar un pago el día de su entrevista, podrá efectuar el pago en dólares de los Estados Unidos, o en pesos mexicanos; aceptamos efectivo y tarjetas de crédito o débito. Tenga en cuenta que si usted es encontrado inelegible para recibir una visa, el pago por su entrevista no será reembolsable. Una lista completa de los costos de servicios y trámites consulares se encuentra en el siguiente enlace.

## Si se requiere más información

En ocasiones el oficial consular no puede realizar alguna determinación respecto a su caso debido a que requiere información adicional, o el caso requiere de un proceso administrativo. Cuando se solicitan documentos adicionales, el oficial consular le entregara una carta de rehusado especificando los documentos que debe enviar. La carta incluirá las instrucciones de como enviar los documentos al consulado. El proceso administrativo toma tiempo adicional después de la entrevista. La mayoría de los procesos administrativos se resuelven en un lapso de 60 días. Sin embargo el tiempo varía según las circunstancias del caso. Antes de preguntar por el estatus del caso, espere por lo menos 60 días después de la entrevista.

Regresar al inicio



# Después de su entrevista

## Que pasa cuando la visa se aprueba

**Paquete sellado con pasaporte y visa enviados por mensajería DHL** – La visa de inmigrante se imprime en el pasaporte, revísela para asegurarse de que no tenga errores ortográficos. También le entregaran un sobre sellado que contiene documentos que se deben entregar a las autoridades migratorias de los Estados Unidos cuando ingrese a los Estados Unidos por primera vez. **NO ABRA EL SOBRE. Debe llevar consigo el sobre en todo momento por lo que no debe guardarlo en el equipaje documentado.** Si durante su examen médico recibió un disco compacto CD que contiene la radiografía de tórax; guárdelo para sus archivos y asegúrese de que el departamento de salud lo reciba una vez que usted este en los Estados Unidos.

**Pago de la cuota de inmigrante  a USCIS** – Todos las personas que reciben una visa de inmigrante en el extranjero deben realizar un pago por la tarjeta de inmigrante  **Immigrant Fee** a los Servicios de Ciudadanía e Inmigración de los Estados Unidos (USCIS, por sus siglas en inglés) previo a su viaje en los Estados Unidos. Este pago se realiza por procesar el estatus de residencia e imprimir la tarjeta de residente permanente. Las únicas personas exentas de realizar este pago son los niños ingresando a los Estados Unidos bajo el proceso de La Haya, los residentes que regresan y las personas que viajan con una visa de prometido(a) K.

**Cuando debe de viajar** – Usted debe ingresar en los Estados Unidos antes de la fecha de expiración de su visa, que normalmente es de seis meses o menos desde la fecha de expedición. La validez de la visa no puede ser extendida y  los pagos realizados no son rembolsables. El solicitante principal debe ingresar antes o al mismo tiempo que los otros miembros de la familia que tramitaron sus visas. Los menores de 21 años que no sean elegibles para beneficios de protección bajo la Ley de Protección del Estado del Menor deben de ingresar a los Estados Unidos antes de su cumpleaños 21 para evitar perder su estatus migratorio.

**Obtener la tarjeta de residencia** – Su tarjeta de residente permanente I-551, también conocida como tarjeta de residencia "green card", será enviada automáticamente a la dirección en los Estados Unidos que usted seleccionó en su aplicación de visa de inmigrante (formato DS-260). Este es un documento muy importante que prueba el permiso que tiene usted para residir en los Estados Unidos. *Si planea viajar fuera de los Estados Unidos antes de que reciba su tarjeta de residencia (green card):* Consulte los sitios web de los Servicios de Ciudadanía e Inmigración de los Estados Unidos y de Aduanas (USCIS's) y (CBP's) para conocer la regulación que indica que documentos necesitara para re-ingresar al país. También le recomendamos que revise con la aerolínea para asegurarse que cumple con todas sus reglas. *Una vez que su tarjeta haya sido expedida, no debe permanecer fuera de los  Estados Unidos por más de un año. Si lo hace puede perder su estatus como residente legal permanente.*

**Información relacionada con menores** – En los Estados Unidos, los niños deben tener ciertas vacunas antes de inscribirse en la escuela. Le recomendamos que lleve el registro completo de vacunas de su hijo con usted a los Estados Unidos. Si su hijo fue adoptado, tiene custodia plena como resultado de un divorcio, o comparte la custodia con el otro padre, deberá llevar una copia de los documentos de adopción o custodia, emitidos por la autoridad competente de su país. Necesitará traducirlos al inglés para cuestiones relacionadas con inscripción escolar, servicios de salud y una eventual ciudadanía.

**Información para nuevos inmigrantes** – Favor de visitar la página de Servicios de Ciudadanía e Inmigración de los Estados Unidos (USCIS) para obtener información útil en cuanto a cómo mudarse a los Estados Unidos. Para mayor información puede leer la publicación "Bienvenidos a los Estados Unidos: Una Guia para Nuevos Inmigrantes" en línea.

Regresar al inicio

## Instrucciones de visa Diversidad – información adicional



Si usted está solicitando una visa de diversidad (DV por sus siglas en inglés), también siga las instrucciones anteriores. Deberá completar una examinación médica previo a su entrevista de visa de inmigrante y obtener los documentos requeridos.

La toma de fotos y huellas, y la entrega del paquete de la visa junto con el pasaporte se realizarán directamente en el consulado.

A continuación se presentan instrucciones que aplican solo a los solicitantes de visas DV.

### Llevar a su entrevista

Además de los documentos enlistados en la "Lista previa a entrevista" dentro de este paquete, los solicitantes DV deben llevar los siguientes documentos a su entrevista:

- ☐ Llevar impresa la información de cita de entrevista, la cual puede obtener de "Entrant Status Check" en el página web de E-DV.

- ☐ Documentos que demuestren la finalización de sus estudios de preparatoria o dos años de experiencia laboral calificada en los últimos 5 años inmediatamente anteriores a la solicitud de visa (para el solicitante principal solamente; si requiere más información está disponible en línea.

- ☐ El pago por la solicitud de la visa de diversidad por cada solicitante.

### Verificación de información para su visa de diversidad

Antes de su entrevista, le recomendamos que revise la información que ingreso en su aplicación de visa de diversidad (E-DV entry). En su aplicación inicial debe ingresar correctamente su estado civil. Si está casado(a) ingrese la información de su esposo(a), incluso si ya se encuentra separado de él/ella (a menos que su esposo(a) sea un ciudadano estadounidense o residente legal permanente).

Adicionalmente debe nombrar a todos sus hijos solteros menores de 21 años. Esto incluye a sus hijos biológicos, hijos de su cónyuge, o los hijos que haya adoptado legalmente de acuerdo a las leyes de su país.

**El incumplimiento de enlistar a su esposo(a) e hijos al momento de ingresar su información completa en la lotería de la visa de diversidad resultará en el rechazo de su visa y la de su familia.** Cualquier pago realizado al gobierno de los Estados Unidos relativo a sus aplicaciones de visa no son rembolsables. Si usted no incluye a su esposo(a) o a sus hijos que ya habían nacido cuando aplico a la lotería, su solicitud no procederá. Puede revisar los requisitos de elegibilidad en línea.

Regresar al inicio

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Angelina Jolie** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 150,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $ 14,300.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $ 164,300.00 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 12,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*............................... | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $ 215,000.00 |
| | **Your total liabilities** | $ 227,000.00 |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.*............................................................... | $ 0.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.*........................................................... | $ 3,835.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Pitt, Brad & Jolie, Angelina**                                Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11;**OR**, Form 122B Line 11;**OR**, Form 122C-1 Line 14.

$ _____ **0.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| **Fill in this information to identify your case and this filing:** | | |
|---|---|---|
| Debtor 1 | **Brad Pitt** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | **Angelina Jolie** | |
| (Spouse, if filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | |
| Case number | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes.  Where is the property?

---

1.1

**8605 Santa Monica Blvd**
Street address, if available, or other description

**Los Angeles        CA        90069-4109**
City        State        ZIP Code

**Harris**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**................................................................=> | **$150,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Pitt, Brad & Jolie, Angelina**

Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: | **Toyota** | |
| | Model: | **Corolla** | |
| | Year: | **2008** | |
| | Approximate mileage: | **120000** | |
| | Other information: | | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$12,000.00** | **$12,000.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

**$12,000.00**

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Bedroom Set |
   |---|

   **$300.00**

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Computer |
   |---|

   **$50.00**

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Treadmill |
   |---|

   **$100.00**

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Clothes | $150.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Wedding Ring | $300.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| Dog | $150.00 |
|---|---|

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $1,050.00 |
|---|

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.............................................................................

**Cash in hand**   $100.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................         Institution name:

17.1.  **Checking Account**   Chase Bank   $150.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                              % of ownership:

Debtor 1
Debtor 2  **Pitt, Brad & Jolie, Angelina**                              Case number *(if known)* _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them.
                    Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                    Type of account:          Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Tax Refund-2020 | Federal | $1,000.00 |
|---|---|---|

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2 **Pitt, Brad & Jolie, Angelina**                                    Case number *(if known)*

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
  unpaid loans you made to someone else

  ☑ No
  ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

  ☑ No
  ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                        Beneficiary:                   Surrender or refund
                                                                                value:

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
  died.

  ☑ No
  ☐ Yes.  Give specific information.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

  ☑ No
  ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

  ☑ No
  ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

  ☑ No
  ☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for
        Part 4. Write that number here.........................................................................................................   | **$1,250.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
  ☑ No. Go to Part 6.
  ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|         | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ☑ No. Go to Part 7.
  ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership

  ☑ No
  ☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  ....................................   | **$0.00** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Pitt, Brad & Jolie, Angelina**                              Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | **$150,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$12,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,050.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$1,250.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54**    + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$14,300.00**    Copy personal property total | **$14,300.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$164,300.00** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **8605 Santa Monica Blvd Los Angeles CA, 90069-4109 County : Harris** Line from *Schedule A/B* **1.1** | $150,000.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, §§ 50, 51; Tex. Prop. Code §§ 41.001, 41.002** |
| **Toyota Corolla 2008 120000** Line from *Schedule A/B* **3.1** | $12,000.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Bedroom Set** Line from *Schedule A/B* **6.1** | $300.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Computer** Line from *Schedule A/B* **7.1** | $50.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Treadmill** Line from *Schedule A/B* **9.1** | $100.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1   **Pitt, Brad & Jolie, Angelina**
Debtor 2

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Dog**<br>Line from *Schedule A/B*: **13.1** | $150.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Cash in hand**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $150.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |
| **Tax Refund-2020**<br>Line from *Schedule A/B*: **28.1** | $1,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Tex. Const. art. XVI, § 49; Tex. Prop. Code §§ 42.001(a), (d), 42.002** |

3. **Are you claiming a homestead exemption of more than $170,350**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

Debtor 1
Debtor 2    **Pitt, Brad & Jolie, Angelina**                    Case number (if known)

| Fill in this information to identify your case: |
|---|

Debtor 1
_____
First Name          Middle Name          Last Name

Debtor 2    **Angelina Jolie**
(Spouse if, filing)   _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number
(if known)   _____

☐ Check if this is an
amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** Brief description: Line from *Schedule A/B*: | _____ | ☐ _____ ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| **Fill in this information to identify your case:** |
| --- |

| Debtor 1 | **Brad Pitt** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angelina Jolie** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A | Column B | Column C |
| --- | --- | --- | --- | --- |
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |
| **2.1** **Bank of America**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**2008 Toyota Corolla** | $12,000.00 | $12,000.00 | $0.00 |

**PO Box 982235**
**El Paso, TX 79998-2235**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

| Date debt was incurred | _____ | Last 4 digits of account number | **4589** |
| --- | --- | --- | --- |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $12,000.00 |
| --- | --- |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $12,000.00 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
| --- | --- |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Angelina Jolie** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**  If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

**4.1**   **Capital One**
Nonpriority Creditor's Name

Last 4 digits of account number    **5555**

**$10,000.00**

When was the debt incurred?   _____

**PO Box 60599**
**City of Industry, CA 91716-0599**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   _____

Software Copyright (c) 2021 CINGroup - www.cincompass.com                    G34405

Debtor 1
Debtor 2 **Pitt, Brad & Jolie, Angelina**

Case number (if known) _____

| 4.2 | **LANDLORD** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name

**9886 Bellaire Blvd**
**Houston, TX 77036-3400**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.3 | **Memorial Hermann** | Last 4 digits of account number  9552 | $200,000.00 |

Nonpriority Creditor's Name

**909 Frostwood Dr Fl 3**
**Houston, TX 77024-2307**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $                0.00 |

|  | |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $                0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                0.00 |

Debtor 1
Debtor 2 **Pitt, Brad & Jolie, Angelina**

Case number (if known) _____

| | | |
|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ **0.00** |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ _____ **0.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Angelina Jolie** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Landlord**<br>**9886 Bellaire Blvd**<br>**Houston, TX 77036-3400** | **Lease Agreement for property at 6845 Turtlewood Dr. Houston, TX** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Angelina Jolie** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　☐ No
　　■ Yes.

　　　In which community state or territory did you live?   **TX** . Fill in the name and current address of that person.

　　　**Angelina Jolie**
　　　**9999 Bellaire Blvd**
　　　**Houston, TX 77036-3579**
　　　Name of your spouse, former spouse, or legal equivalent
　　　Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1　**Angelina Jolie**<br>　　　**9999 Bellaire Blvd**<br>　　　**Houston, TX 77036-3579** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.2　**Angelina Jolie**<br>　　　**9999 Bellaire Blvd**<br>　　　**Houston, TX 77036-3579** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**Capital One** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1  **Pitt, Brad & Jolie, Angelina**                          Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3  **Angelina Jolie**<br>**9999 Bellaire Blvd**<br>**Houston, TX 77036-3579** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**LANDLORD** |
| 3.4  **ANGELINA JOLIE**<br>**9999 BELLAIRE BLVD** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __**2.1**__<br>**Landlord** |

Official Form 106H                     Schedule H: Your Codebtors                     Page 2 of 2
Software Copyright (c) 2021 CINGroup - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| Debtor 2 (Spouse, if filing) | **Angelina Jolie** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed <br> ■ Not employed | ☐ Employed <br> ■ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

**Part 2:    Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$          0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ............................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 0.00 = | $ 0.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Brad Pitt**

Debtor 2 **Angelina Jolie**
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,500.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1
Debtor 2  **Pitt, Brad & Jolie, Angelina**                          Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. $ 120.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ 30.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 350.00 |
| | 6d.   Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 55.00 |
| 10. | **Personal care products and services** | 10. $ 0.00 |
| 11. | **Medical and dental expenses** | 11. $ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. $ 0.00 |
| | 15b.   Health insurance | 15b. $ 500.00 |
| | 15c.   Vehicle insurance | 15c. $ 200.00 |
| | 15d.   Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c.   Other. Specify: | 17c. $ 0.00 |
| | 17d.   Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a.   Mortgages on other property | 20a. $ 0.00 |
| | 20b.   Real estate taxes | 20b. $ 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ 30.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ 50.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: | 21. +$ 0.00 |
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ 3,835.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ 3,835.00 |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ 3,835.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ -3,835.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brad Pitt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angelina Jolie** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Brad Pitt** | X **/s/ Angelina Jolie** |
|---|---|
| **Brad Pitt** | **Angelina Jolie** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 27, 2021** | Date **May 27, 2021** |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Brad Pitt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angelina Jolie** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2   Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | **$24,000.00** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**                                       Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips | $24,000.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Covid Relief Fund** | $1,400.00 | **Covid Relief Fund** | $1,400.00 |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America**<br>PO Box 982235<br>El Paso, TX 79998-2235 | 04/26/21, 05/26/21 | $700.00 | $12,000.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Pitt, Brad & Jolie, Angelina** | Case number *(if known)* |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Landlord vs Brad Pitt<br>12345564 | Debt collection | Harris County Civil Court at Law No. 4<br>201 Caroline St<br>Houston, TX 77002-1901 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Lin & Valdez, LLP<br>9999 Bellaire Blvd Ste 360<br>Houston, TX 77036-3579** | 0.00 | | $0.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Pitt, Brad & Jolie, Angelina** | Case number *(if known)* |

gifts and transfers that you have already listed on this statement.

■ No

☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No

☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to

Statement of Financial Affairs for Individuals Filing for Bankruptcy

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**                                    Case number *(if known)*

own, operate, or utilize it, including disposal sites.

■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■  No
   ☐  Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

   ■  No
   ☐  Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■  No
   ☐  Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■  A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐  A partner in a partnership

   ☐  An officer, director, or managing executive of a corporation

   ☐  An owner of at least 5% of the voting or equity securities of a corporation

   ■  No. None of the above applies.  Go to Part 12.

   ☐  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ■  No
   ☐  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a

Debtor 1
Debtor 2   **Pitt, Brad & Jolie, Angelina**

Case number *(if known)*

**bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Brad Pitt | /s/ Angelina Jolie |
|---|---|
| **Brad Pitt** | **Angelina Jolie** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

Date   **May 27, 2021**                    Date   **May 27, 2021**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brad Pitt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Angelina Jolie** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Pitt, Brad & Jolie, Angelina** | Case number *(if known)* |

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
|---|---|---|
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: | |

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Landlord** | ■ No |
| | ☐ Yes |
| Description of leased Property: **Lease Agreement for property at 6845 Turtlewood Dr. Houston, TX** | |

---

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X **/s/ Brad Pitt** | X **/s/ Angelina Jolie** |
|---|---|
| **Brad Pitt** | **Angelina Jolie** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 27, 2021** | Date **May 27, 2021** |

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

In re  **Pitt, Brad & Jolie, Angelina**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 1,500.00 |
    | Prior to the filing of this statement I have received | $ 1,500.00 |
    | Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 27, 2021**

*Date*

**/s/ Stewart Lin**

**Stewart Lin**
*Signature of Attorney*
**Lin & Valdez, LLP**

**9999 Bellaire Blvd Ste 360**
**Houston, TX 77036-3579**

*Name of law firm*

---

**United States Bankruptcy Court**
**Southern District of Texas**

**IN RE:**                                                              Case No. _____

<u>Pitt, Brad & Jolie, Angelina</u>_____   Chapter **7** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **May 27, 2021**_____     Signature: **/s/ Brad Pitt**_____
                                                  **Brad Pitt**                                        Debtor


Date: **May 27, 2021**_____     Signature: **/s/**_____
                                                                                     Joint Debtor, if any


Software Copyright (c) 2021 CINGroup - www.cincompass.com

```
Bank of America
PO Box 982235
El Paso, TX  79998-2235


Capital One
PO Box 60599
City of Industry, CA  91716-0599


Landlord
9886 Bellaire Blvd
Houston, TX  77036-3400


Memorial Hermann
909 Frostwood Dr Fl 3
Houston, TX  77024-2307
```

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1   **Brad Pitt**

Debtor 2   **Angelina Jolie**
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Texas

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income          04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (**Official Form 122A-1Supp**) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

| | | Column A | Column B |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

Debtor 1
Debtor 2  **Pitt, Brad & Jolie, Angelina**

Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00     $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| . _____ | $ | 0.00 | $ | 0.00 |
| _____ | $ | 0.00 | $ | 0.00 |
| Total amounts from separate pages, if any. | + $ | 0.00 | $ | 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00   +   $ 0.00   =   $ 0.00

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...................... **Copy line 11 here=>**   $ 0.00

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **TX**

Fill in the number of people in your household.   **4**

Fill in the median family income for your state and size of household.   13. $ **89,196.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  /s/ Brad Pitt     X  /s/ Angelina Jolie
_____     _____

Debtor 1
Debtor 2  **Pitt, Brad & Jolie, Angelina**

Case number (*if known*)

**Brad Pitt**
Signature of Debtor 1

Date **May 27, 2021**
MM / DD  / YYYY

**Angelina Jolie**
Signature of Debtor 2

Date **May 27, 2021**
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Software Copyright (c) 2021 CINGroup - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $78   | administrative fee |
|   | $278  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $78   | administrative fee |
|   | $313  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

## United States Bankruptcy Court
### Southern District of Texas

**IN RE:**

Case No. _____

**Pitt, Brad & Jolie, Angelina** _____

Chapter **7** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Pitt, Brad & Jolie, Angelina** _____

Printed Name(s) of Debtor(s)

**X** */s/ Brad Pitt*                    5/27/2021

Signature of Debtor                       Date

Case No. (if known) _____

**X** */s/*                             5/27/2021

Signature of Joint Debtor (if any)        Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

In re:                                    §          Case No.
                                          §

DEBTOR'S RESPONSE TO
ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is _____. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ (date).


_____
Signature of Debtor