UNITED STATES DISTRICT COURT
BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF | § |
| | § |
| ANGELINE JOLIE AND BRAD PITT | § |
| | § |
| 21-31741 | § |
| | § |
| PETITIONERS | § |

**EMERGENT MOTION TO WITHDRAW**

**HERE COMES** Stewart Lin, the attorney for the above matter, and files the Emergent Motion to Withdraw. For this Motion, Stewart Lin presents to the court the following:

(1)     On May 27, 2021 in a staff training session the staff of Lin & Valdez LLP prepared the petition for the above said fictitious petition and inadvertently filed it to the court.

(2)     As stated the identity of the petitioners are fictitious and none of the entered information is real. The filing is not meant to happen and it should not have happened.

(3)     The undersigned hence move the court to allow the withdrawal of the filing without the need to pay filing fee.

Stewart C.H. Lin
Attorney at Law
Federal Bar No. S.D. TX 21928
Lin & Valdez LLP
9999 Bellaire Blvd. #360
Houston, TX 77036

1

2

(713)339-4200
Fax: (713)339-4299
Email: info@linlawfirmusa.com